UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ANDREW LO. MILLER, ESQ.
LAW OFFICE OF ANDREW L. MILLER
1550 New Road
Suite A
Northfield, NJ 08225
(609) 645-1599(p)
(609) 645-7554(f)
Andrewmiller@almlaw.com

Order Filed on September 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ABDIBASSID MAMME & KEN MAMME

Case No.: 18-27709
27350
Chapter: 13
Judge: ABA

## ORDER CONCERNING APPLICATION TO EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is **ORDERED**.

DATED: September 26, 2018

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having reviewed the debtor's Application Time to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

ORDERED that:

☒ The debtor's request to extend the time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's *Notice of Missing Documents and Notice of Dismissal if Documents are Not Timely Filed* must be received by the Court no later than ___10/2/18___. If all missing documents are not filed by this date, the case will be dismissed without further notice.

☐ The debtor's request to extend the time to file missing documents is denied. The case is dismissed. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.