Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 18−27709−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Abdibassid Mamme                                           Ken Widowati Mamme
   3404 Juniper Court                                            aka Ken Widowati
   Mays Landing, NJ 08330                             3404 Juniper Court
                                                                  Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−7031                                                 xxx−xx−8569

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 4, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 4, 2018
JAN: bc

                                                                                  Jeanne Naughton
                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-27709-ABA
Abdibassid Mamme                                                                        Chapter 13
Ken Widowati Mamme
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                 Page 1 of 3            Date Rcvd: Oct 04, 2018
                                Form ID: 148                Total Noticed: 79

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
```
db/jdb         +Abdibassid Mamme,   Ken Widowati Mamme,   3404 Juniper Court,   Mays Landing, NJ 08330-2927
aty            +Andrew L. Miller,   Law Office of Andrew L. Miller,   1550 New Road,   Suite A,
                 Northfield, NJ 08225-1100
517738948       AIM Galloway,   PO Box 786061,   Philadelphia, PA 19178-6061
517738953       AtlantiCare Physicians Group,   PO Box 786061,   Philadelphia, PA 19178-6061
517738952      +Atlantic Medical Imaging,   PO Box 1564,   Indianapolis, IN 46206-1564
517738954       Atlanticare Regional Medical Center PP,   PO Box 829600,   Philadelphia, PA 19182-9600
517738955       Cabelas Club Visa,   PO Box 82519,   Lincoln, NE 68501-2519
517738956      +Capital One,   PO Box 60511,   City of Industry, CA 91716-0511
517738959      +City of Greenbelt,   25 Crescent Road,   Greenbelt, MD 20770-1891
517738960      +City of Greenbelt,   550 Crescent Road,   Greenbelt, MD 20770-1600
517738965       Consumer Credit Center,   228 Park Avenue S,   #78483,   New York, NY 10003-1502
517738966      +Craner, Satkin, Scheer, Schwartz & Hanna,   PO Box 367,   Scotch Plains, NJ 07076-0367
517738971      +District of Columbia GOVT,   One Judiciary Square,   441 4th Street, NW,   Suite 450, North,
                 Washington, DC 20001-2714
517738972       Exxon Mobil,   PO Box 78072,   Phoenix, AZ 85062-8072
517738973       Foster, Garbus, and Garbus,   60 Motor Park Way,   Commack, NY 11725-5710
517738974       GEICO,   One GEICO Plaza,   Bethesda, MD 20810-0001
517738975      +Horizon Eye Care,   9701 Ventnor Avenue,   Margate City, NJ 08402-2222
517738978      +Ladies Choice OB/GYN,   314 Chris Gaupp Drive,   Suite 101,   Galloway, NJ 08205-4464
517738983      +MRS BPO, LLC,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
517738980      +Maryland Transportation Authority,   PO Box 17600,   Baltimore, MD 21297-1600
517738982       Midland Mortgage,   PO Box 26648,   Oklahoma City, OK 73126-0648
517738984       NJ EZ Pass,   McCarter Hwy,   Newark, NJ 07114
517738986       PAM, LLC-New Jersey E-ZPass,   PO Box 1642,   Milwaukee, WI 53201-1642
517738987       PHH Mortgage Services,   PO Box 5452,   Mount Laurel, NJ 08054-5452
517738989       ProCo,   PO Box 2462,   Aston, PA 19014-0462
517738990       Professional Account Management,   PO Box 37038,   Washington, DC 20013-7038
517738991      +Ragan & Ragan,   3100 Route 138 West,   Brinley Plaza,   Building One,   Wall, NJ 07719-9021
517738992       Recon Orthopedic Associates II PC,   PO Box 757910,   Philadelphia, PA 19175-7910
517738993      +Rickart Collection Systems,   575 Milltown Road,   PO Box 7242,
                 North Brunswick, NJ 08902-7242
517738994      +Rothman Institute,   925 Chestnut Street,   Philadelphia, PA 19107-4290
517738998      +SRA Associates,   401 Minnetonka Road,   Hi Nella, NJ 08083-2914
517738995       Saks Fifth Avenue,   PO Box 71106,   Charlotte, NC 28272-1106
517738996      +Shapiro & DeNardo, LLC,   14000 Commerce Parkway,   Suite B,   Mount Laurel, NJ 08054-2242
517738997       Solomon and Solomon,   Columbia Circle,   PO Box 15019,   Albany, NY 12212-5019
517738999       Sunoco, Inc.,   PO Box 78056,   Phoenix, AZ 85062-8056
517739008      +Town of Forest Heights ATE,   Citations Processing Center,   PO Box 7200,
                 Beverly, MA 01915-0096
517761484      +U.S. Dept of HUD,   451 7th Street,   Washington, DC 20410-0001
517774764      +Unifund CCR Partners,   c/o Ragan & Ragan,PC,   3100 Route 138 West,   Wall, NJ 07719-9020
517739012      +Unifund CCR, LLC,   10625 Techwoods Circle,   Cincinnati, OH 45242-2846
517739013       Urgent Care Egg Harbor,   PO Box 786061,   Philadelphia, PA 19178-6061
517739015      +Wise Family Eye Center,   54 W Jimmie Leeds Rd,   Unit 15,   Galloway, NJ 08205-9438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2018 23:50:03      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2018 23:50:00      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517738949       EDI: GMACFS.COM Oct 05 2018 03:23:00      Ally,   PO Box 380902,   Minneapolis, MN 55438-0902
517738950      +EDI: GMACFS.COM Oct 05 2018 03:23:00      Ally Financial,   PO Box 380901,
                 Minneapolis, MN 55438-0901
517738951      +E-mail/Text: bankruptcy@pepcoholdings.com Oct 04 2018 23:49:39      Atlantic City Electric,
                 PO Box 13610,   Philadelphia, PA 19101-3610
517756868       E-mail/Text: bankruptcy@pepcoholdings.com Oct 04 2018 23:49:39
                 Atlantic City Electric Company,   Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,   5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
517738954       E-mail/Text: barbara.king@atlanticare.org Oct 04 2018 23:49:11
                 Atlanticare Regional Medical Center PP,   PO Box 829600,   Philadelphia, PA 19182-9600
517738957       EDI: CAPITALONE.COM Oct 05 2018 03:23:00      Capital One Bank,   PO Box 6492,
                 Carol Stream, IL 60197-6492
517738958      +EDI: CHASE.COM Oct 05 2018 03:23:00      Chase Bank,   PO Box 15298,   Wilmington, DE 19850-5298
517738961       EDI: WFNNB.COM Oct 05 2018 03:23:00      Comenity - Boscov's,   PO Box 659622,
                 San Antonio, TX 78265-9622
517738962       EDI: WFNNB.COM Oct 05 2018 03:23:00      Comenity - Loft Mastercard,   PO Box 659569,
                 San Antonio, TX 78265-9569
517738963       EDI: WFNNB.COM Oct 05 2018 03:23:00      Comenity - Zales,   PO Box 659819,
                 San Antonio, TX 78265-9119
```

```
District/off: 0312-1           User: admin              Page 2 of 3             Date Rcvd: Oct 04, 2018
                               Form ID: 148             Total Noticed: 79

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517738964     EDI: WFNNB.COM Oct 05 2018 03:23:00      Comenity Bank (Express),   PO Box 182273,
              Columbus, OH 43218-2273
517738967     EDI: CRFRSTNA.COM Oct 05 2018 03:23:00      Credit First - Firestone,   PO Box 81344,
              Cleveland, OH 44188-0344
517738968     EDI: RCSFNBMARIN.COM Oct 05 2018 03:23:00      Credit One Bank,   PO Box 60500,
              City of Industry, CA 91716-0500
517738969     EDI: DIRECTV.COM Oct 05 2018 03:23:00      Direct TV,   PO Box 6550,   Englewood, CO 80155
517738970     EDI: DISCOVER.COM Oct 05 2018 03:23:00      Discover,   PO Box 15316,
              Wilmington, DE 19850-5316
517750720     EDI: DISCOVER.COM Oct 05 2018 03:23:00      Discover Bank,   Discover Products Inc,
              PO Box 3025,   New Albany, OH  43054-3025
517738976    +EDI: IIC9.COM Oct 05 2018 03:23:00      IC System, Inc.,   PO Box 64378,
              Saint Paul, MN 55164-0378
517738977     EDI: CBSKOHLS.COM Oct 05 2018 03:23:00      Kohl's,   Kohl's Payment Center,   PO Box 2983,
              Milwaukee, WI 53201-2983
517779056     EDI: RESURGENT.COM Oct 05 2018 03:23:00      LVNV Funding,   c/o Resurgent Capital Services,
              PO BOX 10675,   Greenville, SC 29603-0675
517738979    +EDI: TSYS2.COM Oct 05 2018 03:23:00      Macy's,   Bankruptcy Processing,   PO Box 8053,
              Mason, OH 45040-8053
517738981     EDI: MERRICKBANK.COM Oct 05 2018 03:23:00      Merrick Bank,   PO Box 660702,
              Dallas, TX 75266-0702
517738985     E-mail/Text: bnc@nordstrom.com Oct 04 2018 23:49:23      Nordstrom,   PO Box 79134,
              Phoenix, AZ 85062-9134
517738988     EDI: PRA.COM Oct 05 2018 03:23:00      Portfolio Recovery Associates,   Bankruptcy Dept,
              PO Box 41067,   Norfolk, VA 23541-1067
517739000     EDI: RMSC.COM Oct 05 2018 03:23:00      SYNC/Dicks,   PO Box 965036,   Orlando, FL 32896-5036
517739001    +EDI: RMSC.COM Oct 05 2018 03:23:00      SYNCB/JC Penney,   PO Box 965007,
              Orlando, FL 32896-5007
517739002     EDI: RMSC.COM Oct 05 2018 03:23:00      SYNCB/Wal-mart,   PO Box 965024,   El Paso, TX 79998
517742072    +EDI: RMSC.COM Oct 05 2018 03:23:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk, VA 23541-1021
517739003     EDI: RMSC.COM Oct 05 2018 03:23:00      Synchrony Bank,   PO Box 960061,
              Orlando, FL 32896-0061
517739004     EDI: RMSC.COM Oct 05 2018 03:23:00      Synchrony Bank/Amazon,   PO Box 960013,
              Orlando, FL 32896-0013
517739005    +EDI: RMSC.COM Oct 05 2018 03:23:00      Synchrony Bank/Care Credit,   PO Box 965036,
              Orlando, FL 32896-5036
517739006     EDI: RMSC.COM Oct 05 2018 03:23:00      Synchrony Bank/PEP Boys,   PO Box 960061,
              Orlando, FL 32896-0061
517739007     EDI: RMSC.COM Oct 05 2018 03:23:00      Synchrony Bank/TJX Rewards,   PO Box 965016,
              Orlando, FL 32896-5016
517739009     EDI: TFSR.COM Oct 05 2018 03:23:00      Toyota Financial Services,   PO Box 5855,
              Carol Stream, IL 60197-5855
517739010     EDI: TFSR.COM Oct 05 2018 03:23:00      Toyota Motor Credit,   PO Box 105386,
              Atlanta, GA 30348-5386
517739011     E-mail/Text: bankruptcydepartment@tsico.com Oct 04 2018 23:50:35      Transworld Systems,
              PO Box 15110,   Wilmington, DE 19850-5110
517765194     EDI: WFFC.COM Oct 05 2018 03:23:00      Wells Fargo Bank, N.A.,
              1000 Blue Gentian Road N9286-01Y,   Eagan, MN  55121-7700
517739014     EDI: WFFC.COM Oct 05 2018 03:23:00      Wells Fargo Home Equity,   PO Box 14529,
              Des Moines, IA 50306-3529
                                                                                               TOTAL: 39

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Oct 04, 2018
                              Form ID: 148             Total Noticed: 79
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 3
```