Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                        Case No.:  18–27709–ABA
                                        Chapter:  13
                                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Abdibassid Mamme | Ken Widowati Mamme |
| 3404 Juniper Court | aka Ken Widowati |
| Mays Landing, NJ 08330 | 3404 Juniper Court |
| | Mays Landing, NJ 08330 |

Social Security No.:
  xxx–xx–7031                                                                           xxx–xx–8569
Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 15, 2018</u>                      <u>Andrew B. Altenburg Jr.</u>
                                                           Judge, United States Bankruptcy Court